AO 442 (Rev. 11/11) Arrest Warrant                                                                       10467610

# UNITED STATES DISTRICT COURT

for the

U.S. MARSHAL-DC AM10:3     District of Columbia
RECEIVED MAY 12 '23

United States of America
v.                                                ) Case: 1:23-cr-00161
                                                  ) Assigned to: Judge Cooper, Christopher R.
RUSSELL CAMPBELL                                   ) Assign Date: 5/11/2023
                                                  ) Description: INDICTMENT (B)
                                                  ) Related Case No: 22-cr-00410 (CRC)
                                                  )

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **RUSSELL CAMPBELL**

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(n) - UNLAWFUL POSSESSION OF A FIREARM BY AN INDIVIDUAL UNDER FELONY INDICTMENT;
18 U.S.C. § 922(g)(1) - UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED
OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR
FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

                                                                    Zia M. Faruqui  Digitally signed by Zia M. Faruqui
                                                                                    Date: 2023.05.11 16:21:53 -04'00'
Date:   05/11/2023
                                                                         *Issuing officer's signature*

City and state:   WASHINGTON, DC                                    ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
                                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 5 12 2023, and the person was arrested on *(date)* 5/15/2023
at *(city and state)*   DC  DC

Date: 5/15/2023
                                                      *Arresting officer's signature*

                                                      Trejo  M.   DUSM
                                                         *Printed name and title*