N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No.: 23-161-CRC |
| | ) | |
| | ) | |
| RUSSELL CAMPBELL | ) | |
|    Defendant | ) | |

## DEFENDANT RUSSELL CAMPBELL'S NOTICE REGARDING TOLLING OF SPEEDY TRIAL

Counsel discussed the court's decision to continue this matter from June 8, 2023, until July 12, 2023. Mr. Russell Campbell agrees to toll his speedy trial rights from June 8, 2023, until July 12, 2023.

Respectfully submitted.

RUSSELL CAMPBELL

/s/
_____
Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

CERTIFICATE

    I hereby certify that on this 6th day of June 2023, I filed this document with the Clerk of Court electronically using the court's ECF system.

/s/

_____

Dwight E. Crawley