CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Criminal Case No.: 23-CR-161 (CRC) |
| ) | |
| RUSSELL CAMPBELL   ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*Russell Campbell*
Defendant

*[signature]*
Counsel for Defendant

I consent:

*[signature]*
Assistant United States attorney

Approved:

*[signature]*                              Date: 9/21/23
United States District Judge