IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                                          )<br>)<br>)<br>RUSSELL CAMPBELL                       )<br>    Defendant                                 ) | Docket No.: 23-161 (CRC) |

**DEFENDANT'S POSITION WITH RESPECT TO SENTENCING**

COMES NOW the Defendant, RUSSELL CAMPBELL, by and through counsel, Dwight E. Crawley, and, respectfully requests that this Court impose a sentence of 26 months. In support of his position, the defendant offers the following:

**I.     The Nature and Circumstances of the Offense**

The Defendant incorporates by reference the facts and circumstances proffered by the United States on September 21, 2023, concerning the defendant's role in the offenses listed in his plea agreement.

**II.    History and Characteristics of the Defendant**

Although the defendant's parents separated when he was young, both parents were active in his life. According to the defendant, his childhood was normal. He lived primarily with his mother prior to high school, but later he lived with his father.

The defendant changed schools on numerous occasions prior to graduating from Croom High School in Prince George's County, MD. According to the defendant's pre-sentence report, he struggled with attention deficit disorder while in school.

Upon graduating from high school the defendant began a career as a rapper. According to the defendant he has a sizeable following and his music is available for streaming. Other than this, it does not appear that the defendant has significant work experience or specialized skills. However, he maintains that he is good at "business."

The defendant admits using drugs and he occasionally drinks alcohol. He does not believe he needs substance abuse treatment.

### III.    The Sentencing Guidelines Range

The defendant acknowledges and adopts the guideline range calculation presented by the United States Probation Office in the Pre-Sentence Investigation Report submitted to this Court.

### A.    Acceptance of Responsibility

By pleading guilty, the defendant accepted full responsibility for his conduct.

### IV.    Other 3553(a) Factors

The guideline range in this case calls for a term of incarceration of 24-30 months. A sentence of 26 months serves the ends of justice; it promotes respect for the law, punishes the defendant for his conduct and takes into consideration the defendant's criminal history. In addition, the defendant's acceptance of responsibility in this case spared the government the added expense of prosecuting this matter at trial.

The defendant recognizes that his conduct must be punished. He acknowledges his troubled past and accepts full responsibility for his conduct. The defendant's age provides him with ample opportunity to become a more productive citizen. Since his arrest in this matter, the defendant has expressed great remorse and a willingness to do whatever is necessary to learn from this matter. In addition to punishing the defendant for his conduct, a term of incarceration of 26 months affords

him the opportunity to demonstrate his commitment to improving his life.

## **CONCLUSION**

A sentence of 26 months serves the ends of justice. It sufficiently punishes the defendant for his role in this case as well as promotes respect for the law and deters future criminal conduct.

Respectfully submitted

RUSSELL CAMPBELL

/s/

_____

Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

## CERTIFICATE

I hereby certify that on the 2nd day of January 2024, I electronically filed this document through the court's ECF system.

/s/

_____

Dwight E. Crawley