## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 23-CR-161 (CRC)** |
| **v.** : | |
| **RUSSELL CAMPBELL,** : | |
| **Defendant.** : | |

### CONSENT PRELIMINARY ORDER OF FORFEITURE

***WHEREAS***, a written plea agreement was filed with this Court and signed by the defendant, Russell Campbell, and his counsel, Dwight Crawley, Esq., in which the defendant agreed to plead guilty to Counts One and Two of the Indictment, charging him with Unlawful Possession of a Firearm While Under Indictment, in violation 18 U.S.C. § 922(n), and one count of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Felony, in violation of 18 U.S.C. § 922(g)(1), and the defendant has pled guilty to both offenses;

***WHEREAS***, the Indictment alleged the forfeiture of any firearm or ammunition involved in or used in any knowing violation of the offenses charged, to include but not limited to: a Glock 45, 9mm handgun, bearing serial number BLPU184, with 23 rounds of ammunition in the magazine, and one round in the chamber; and a Zastava AK-style pistol, model PAP M85PV, bearing serial number M85PV003177, with an extended magazine holding 30 rounds of .556 caliber rounds, and one round in the chamber, which property is subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d);

***WHEREAS***, in his plea agreement, the defendant agreed to the forfeiture of the above property;

***WHEREAS***, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this

1

Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any firearm or ammunition involved in or used in any knowing violation of Counts One and Two of the Indictment, to which the defendant has pled guilty, is subject to forfeiture, and the following specific property—to wit, a Glock 45, 9mm handgun, bearing serial number BLPU184, with 23 rounds of ammunition in the magazine, and one round in the chamber; and a Zastava AK-style pistol, model PAP M85PV, bearing serial number M85PV003177, with an extended magazine holding 30 rounds of .556 caliber rounds, and one round in the chamber—are subject to forfeiture, and the Government has established the requisite nexus between the property and the offense, all pursuant to Title 18, United States Code, Section 924(d);

**WHEREAS**, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d): a Glock 45, 9mm handgun, bearing serial number BLPU184, with 23 rounds of ammunition in the magazine, and one round in the chamber; and a Zastava AK-style pistol, model PAP M85PV, bearing serial number M85PV003177, with an extended magazine holding 30 rounds of .556 caliber rounds, and one round in the chamber.

2. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

3. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

4.   The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

5.   The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this 17th day of January, 2024.

CHRISTOPHER R. COOPER
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

MATTHEW M. GRAVES
United States Attorney

/s/Sitara Witanachchi
Sitara Witanachchi
Assistant United States Attorney
D.C. Bar 1023007
601 D Street, NW 5th Floor
Washington, D.C. 20530
202-252-2420
Sitara.witanachchi@usdoj.gov